IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL GREEN,

      Plaintiff,                    No. 2:11-cv-0436 LKK KJN P

    vs.

A. PFADT, et al.,

      Defendants.            FINDINGS & RECOMMENDATIONS

_____/

        By order filed June 8, 2011, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On July 7, 2011, plaintiff's request for an additional fifteen days in which to file an amended complaint was granted. Thus, plaintiff's amended complaint was due on or before July 22, 2011. That date has now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1 Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3 F.2d 1153 (9th Cir. 1991).

4 DATED: July 27, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

8 gree0436.fta